# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. IOANE, SR., <br><br> Petitioner, <br><br> v. <br><br> GEORGINA PUENTES, <br><br> Respondent. | Case No. 1:19-cv-00998-EPG-HC <br><br> ORDER GRANTING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br> (ECF No. 7) |

Petitioner Michael S. Ioane, Sr. is proceeding *pro se* with a petition for writ of habeas corpus.

Petitioner has filed a motion to proceed *in forma pauperis*. (ECF No. 7). In order to proceed in court without prepayment of the filing fee, Petitioner must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Although there is no set formula to determine whether a certain income level meets the poverty threshold under § 1915(a)(1), courts have looked to the federal poverty guidelines developed each year by the Department of Health and Human Services. See Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009); Johnson v. Leohane, No. Civ. 08-00432-ACK-KSC, 2008 WL 4527065, at *1 (D. Haw. Oct. 9, 2008); Johnson v. Spellings, 579 F. Supp. 2d 188, 191 (D.D.C. 2008).

///

The Court has evaluated whether Petitioner meets the standard to proceed *in forma pauperis* according to 28 U.S.C. § 1915. Based upon the information in his motion to proceed *in forma pauperis*, the Court finds that Petitioner is indigent. Accordingly, Petitioner's motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **September 25, 2019**          /s/ Eric P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE